IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALFREDO IBARRA SILVA, § § *Petitioner*, § § v. § § BONDI, *et al.*, § § *Respondents*. § § | No. 1:25-CV-2155-DAE |

ORDER

Before the Court is the status of the above-captioned case. On January 12, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus, (Dkt. # 1), and ordered Petitioner's release. (Dkt. # 5.) Federal Respondents advised that Petitioner was released on January 12, 2026. (Dkt. # 6.) Accordingly, this case is closed, and a final judgment will be rendered.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 25, 2026.

_____
David Alan Ezra
Senior United States District Judge

1